

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 01 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AARON L. LEE | DOCKET NO. 06-CV-636; SEC. "P" |
| VERSUS | JUDGE TRIMBLE |
| T. W. THOMPSON | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that petitioner's civil rights complaint (42 U.S.C. §1983) be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 42 U.S.C. §1997e(e) and 28 U.S.C. §1915..

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _1st_ day of _November_, 2006.

JAMES TRIMBLE
UNITED STATES DISTRICT JUDGE